Nathaniel Sterling, State Bar No. 215734
STERLING LAW FIRM
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Phone: 916-801-4386

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Filip Novac; Iudita Novac; A.N., a minor, by and through his guardian ad litem; R. N., a minor, by and through her guardian ad litem; C.N., a minor, by and through his guardian ad litem; A.N., a minor, by and through his guardian ad litem; I.N., a minor, by and through her guardian ad litem,<br><br>Plaintiffs,<br><br>vs.<br><br>County of Sacramento, a public entity; Chandra Stewart, in her individual capacity; Catherine Bryant, in her individual capacity; Sonya Howell, in her individual capacity; Tong Vang, in individual capacity; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-2232 JAM KJN<br><br>ORDER GRANTING REQUEST TO SEAL INCORRECTLY FILED DOCUMENT [27]<br>**(AS MODIFIED BY THE COURT)** |

1   IT IS HEREBY ORDERED, it appearing from the record that docket number [27]
2   Second Amended Complaint by Plaintiffs should be immediately sealed and replaced with
3   correctly filed docket number [28], therefore Plaintiffs' Request to immediately seal docket
4   number [27] and replace with docket number [28] is hereby GRANTED.

6   DATED:   July 19, 2019                    /s/ John A. Mendez
7                                             JUDGE, USDC
                                              EASTERN DISTRICT OF CALIFORNIA